IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE SCULLOCK,

    Plaintiff,

vs.                                       CASE NO. 4:08CV45-RH/AK

DIANE R. JAMES, et al,

    Defendants.

_____/

## O R D E R

Presently before the Court in the above entitled action are Plaintiff's complaint (doc. 1) and motion for leave to proceed IFP. (Doc. 2). Because Plaintiff may be civilly committed to Florida State Hospital, he is not considered a prisoner for purposes of assessing a filing fee. Since the form motion on file is for prisoners, it (doc. 2) will be **DENIED**, but without prejudice to Plaintiff's right to file for this relief on the correct forms.

Therefore, the Clerk will send him the appropriate motion and affidavit form for Plaintiff to complete and return. The Clerk will also send Plaintiff two complaint forms, which he should complete and return as well. Plaintiff is alleging that Dr. Patel is giving him medication and treating him without his consent, but he has not provided much information about this claim and does not provide any information about what Defendant James may or may not have done to violate his rights.

The Court also notes that Plaintiff has filed several papers which appear to be seeking discovery or which has some supportive material attached. (Docs. 6, 7, 8, 9, 10, and 11). Discovery will be conducted later and with instruction by the Court. Plaintiff should not file any more papers concerning evidence to support claims until the Court has determined his status to file a case without payment of fees and until the Court fully understands his claims.

In amending, Plaintiff should carefully review the foregoing to determine whether he can present allegations sufficient to state a cause of action under the relevant law. If Plaintiff is able to file a second amended complaint, he must name as Defendants only those persons who are responsible for the alleged constitutional violations. Plaintiff must place their full names in the style of the case on the first page of the civil rights complaint form and in the other appropriate sections of the form. Further, Plaintiff should clearly describe how each named Defendant is involved in each alleged constitutional violation. In civil rights cases, more than conclusory and vague allegations are required to state a cause of action. *See*, *e.g.*, Fullman v. Graddick, 739 F.2d 553, 556-57 (11th Cir. 1984). In presenting his claims, Plaintiff must set forth each allegation in a separately numbered paragraph, as it is essential that the facts relating to each Defendant be set out clearly and in detail.

To amend his complaint, Plaintiff must completely fill out a new civil rights complaint form, marking it "Amended Complaint." Plaintiff is advised that the amended complaint must contain all of Plaintiff's allegations and should not in any

**No. 4:08cv45-RH/AK**

way refer to the original or amended complaints.  An amended complaint completely replaces all previous complaints and all earlier complaints are disregarded.  N.D. Fla. Loc. R. 15.1.  Plaintiff should file the amended complaint in the Court and keep one identical copy for himself.  Plaintiff need not file service copies until instructed to do so by the court.

Accordingly, it is hereby

**ORDERED:**

1. The clerk of court shall forward to Plaintiff two (2) Section 1983 forms for non-prisoners and a motion for IFP and a form for Affidavit of Expenses.

2. Plaintiff should complete and return these papers by **April 11, 2008.**

3. **Failure of Plaintiff to respond to this order or submit the requested information or explain his inability to do so will result in a recommendation to the District Judge that this action be dismissed.**

4. Plaintiffs motion (doc. 2) is **DENIED**, but without prejudice to Plaintiff's right to file for this relief on the correct forms.

**DONE AND ORDERED** this  21st  day of March, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**

**No. 4:08cv45-RH/AK**