UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
___Tallahassee___ DIVISION

**First Amended**

## CIVIL RIGHTS COMPLAINT FORM
TO BE USED BY PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS
UNDER 28 U.S.C. § 1331 or § 1346 OR 42 U.S.C. § 1983

Willie A. Scullock, II - ID# 119189

(Enter full name of Plaintiff(s))

VS.

CASE NO: 4-08-cv-45 RH/AK
(To be assigned by Clerk)

Diane R. James, Administrator,
Florida State Mental Hospital,
Rasik Patel, Psychiatrist, MD,
Anite K. Robington, Nurse,
Janet T. McDonald, Nurse

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

Michael Snowden, Security Officer Supervisor
Race Tipton, Security Officer Supervisor

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA
GAINESVILLE, FL

2008 APR -3 AM 11: 13

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

2008 APR -2 PM 1: 53

FILED

**I. PLAINTIFF:**

State your full name and full mailing address in the lines below.

Name of Plaintiff: Willie Arthur Scullock, II

current Mailing address: P.O. Box 1000
Chattahoochee, Fl 32324-1000

**II. DEFENDANT(S):**

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: Diane R. James
    Official position: Administrator Director
    Employed at: Florida State Hospital
    Mailing address: P.O. Box 1000
    Chattahoochee, Fl 32324-1000

(2) Defendant's name: Rasik Patel
    Official position: MD, Psychiatrist
    Employed at: Florida State Hospital
    Mailing address: P.O. Box 1000
    Chattahoochee, Fl 32324-1000

(3) Defendant's name: Anite K. Robinson
    Official position: Registered Nurse
    Employed at: Florida State Hospital
    Mailing address: P.O. Box 1000
    Chattahoochee, Fl 32324-1000

(4) Defendant's name: Janet T. McDonald
    Official position: Registered Nurse
    Employed at: Florida State Hospital
    Mailing address: P.O. Box 1000
    Chattahoochee, Fl 32324-1000

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

Attach Additional Page Here with Additional Defendants Names

5) Defendant's name: Michael Snowden
Official position: Security Officer Supervisor
Employed at: Florida State Hospital
Mailing Address: P.O. Box 1000
            Chattahoochee, Fl 32324-1000

6) Defendant's name: Race Tipton
Official position: Security Officer Supervisor
Employed at: Florida State Hospital
Mailing Address: P.O. Box 1000
            Chattahoochee, Fl 32324-1000

## III.   STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

Diane R. James, obtained illegal mental health care custody of plaintiff on 10-31-07 in speedy trial time period had expirated on 09-30-07 for plaintiff incarceration however, Diane R. James, failure to refuse plaintiff admission of incompetent involuntary commitment court order documents was fraudulent and filed after speedy trial time period expired on 9-30-07 - court order dated 10-23-07 and also Diane R. James knowingly is accessory to the fact of administering psychotropic medication by force of security officers holding down and without plaintiff express written consent for mental health treatment and without a proper court order to administer psychotropic medication mental health treatment drugs.

Psychiatrist Rasik Patel MD on 12-14-07 put in place a medication order to start administering plaintiff 1mg of Risperdal and 5mg of Haldol if plaintiff refuse to take this medication orally daily - Doctor Rasik Patel force these psychotropic mental health treatment medication drugs on plaintiff without a proper court order and without plaintiff express written consent for mental health treatment medication drugs Risperdal & Haldol.

3

Attach (2) Additional Page

### III. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

Diane R. James, Administrator, Director's hospital Nurse Anite K. Robington injected plaintiff with 5mg of Haldol on 12-14-07 by physical force of security officers for Florida State Hospital Nurse Anite K. Robington is accessory to Doctor Piasik Patel, psychiatrist's medication order

On 12-21-07 Nurse, Janet T. McDonald injected plaintiff with 5mg of Haldol by the hospital security officers physical force of holding plaintiff down- Mrs McDonald Nurse also are accessory to the civil right violation complaint herein

On 12-14-07 and 12-21-07 security officers Michael Snowden and Race Tipton was two of the hospital security officers who helped in the physical force of administering psychotropic medication to plaintiff

3

## Memorandum of Statutes Violated Laws

Diane R. James, Administrator Director failure to abide by section 394.467(6)(E) Florida Statute, where court order admission documents was "fraudulent" with false statement of plaintiff being allegely incompetent, which was the Administrator Director of Florida State Hospital responsibility to refalse admission of plaintiff because the fraudulent order alleging that plaintiff was incompetent to proceed to trial are falsely alleged see order and Psychologist Ben C. Ghozali true written opinion evaluation report on plaintiff being competent to proceed to trial and would not meet the criteria for involuntary commitment at Florida State Hospital.

Rasik Patel, psychiatrist violated section 916.107(3)(a)(1)(2)(3) Florida Statutes required a court order for the administration of psychotropic mental health treatment medication without the given consent of plaintiff, but Doctor Rasik Patel and Administrator Director Diane R. James failed to get a court order before the force feeding plaintiff with 5mg of Haldol and 1mg of Risperdal psychotropic medication without a court order and without plaintiff express written consent for mental health treatment of medication drugs. Also Florida State Hospital Administrative Code 65E-5.1703 are violated by forcing plaintiff to take psychotropic medication against his will and beliefs.

## IV. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section III. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

Article I § 9, of Florida Constitutional Right was violated
Article I § 17, of Florida Constitutional Right was violated
Article I § 23, of Fla. Const. was violated
Amendment 14, of United States Const. Right are violated
Florida Rules of Criminal Procedure 3.191(a) Expired time is violated
Florida Statutes 394.467(3)(6)(E) was violated
Florida Statutes 916.107(3)(a)(1)(2)(3) are also denied
Florida State Hospital Administrative Code 65E-5.1703 was violated

## V. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

Need Injunction on file against Administrator Director and Psychiatrist Doctor's at Florida State Hospital to stop force feeding plaintiff psychotropic medications. Hold an jury trial requested and sought $200,000.00 each defendants proposed monetary court award and request that court costs and fees be sought against each defendant(s)

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

March 29, 2008
(Date)

_(Signature of Plaintiff)_

Revised 07/02

4

Willie A. Scullock II - #119189 - Unit 23B-12 Room
4SH - P.O. Box 100
Chattahoochee, FL 32324-1000

FIRST CLASS



$00.17⁰
APR 01 2008
MAILED FROM ZIPCODE 32324

LEGAL MAIL

William M. McCool Clerk of Court
United States District Court
Northern District of Florida
111 North Adams Street
Tallahassee, Florida 32301-7717