IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE SCULLOCK,

    Plaintiff,

vs.                                                  CASE NO. 4:08cv45-RH/AK

DIANE JAMES, et al,

    Defendants.

_____/

## O R D E R

Plaintiff, an inmate proceeding *pro se*, has filed an amended complaint (doc. 13) and an Amended Motion for leave to proceed IFP. (Doc. 14). As an initial matter, the Court hereby **GRANTS** the motion for leave to proceed and Plaintiff will not be assessed court costs.

The pleading has also been reviewed as is required by 28 U.S.C. § 1915A and is deemed sufficient to alert Defendants to the nature and basis of Plaintiff's claims. While Plaintiff has predicated some of his claims on Florida statutes and administrative codes, which are not cognizable in federal court, and his reference to the speedy trial act is confusing, the Court is of the opinion that a response from the defendants may be of assistance at this point. Plaintiff has made serious allegations of excessive force, forced medication against his will, being held without court order or beyond the

parameters of a court order, and however inartfully he may have stated his claims, there are sufficient constitutional implications to allow service.

At this point, Plaintiff must submit service copies of the amended complaint. Under Fed. R. Civ. P. 4(c)(1), a copy of the amended complaint for each named Defendant is necessary to effect service and must be submitted by Plaintiff. The Court has interpreted his suit to be against six named defendants, not against the Florida State Mental Hospital, but against Diana James as Administrator of Florida State Mental Hospital. As Plaintiff has named six (6) Defendants in this action, Plaintiff must provide the Court with six additional copies of the amended complaint that are identical to the amended complaint, doc. 13, filed with the Court.

Accordingly, it is

**ORDERED**:

1. Plaintiff shall have until July 3, 2008, to provide the Court with six (6) identical copies of his amended complaint for service on the Defendants.

2. **Failure to submit the service copies as directed will result in a recommendation of the dismissal of this action.**

3. Plaintiff's Motion for IFP (doc. 14) is **GRANTED**.

4. The Clerk of Court shall correct the docket to delete Florida State Mental Hospital as a separate defendant.

**DONE AND ORDERED** this __23rd__ day of June, 2008.

                                                s/ A. KORNBLUM
                                              **ALLAN KORNBLUM**
                                              **UNITED STATES MAGISTRATE JUDGE**